MAYER, BROWN, ROWE & MAW LLP
EDWARD D. JOHNSON (SBN 189475)
SHIRISH GUPTA (SBN 205584)
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-4557
wjohnson@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
RICHARD J. FAVRETTO
1909 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
rfavretto@mayerbrownrowe.com

Attorneys for Defendant
UNITED AIR LINES, INC.

Additional Counsel Appear on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA BURTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH AIRWAYS PLC, VIRGIN ATLANTIC AIRWAYS, LTD., and UNITED AIR LINES, INC.,<br><br>Defendants. | CASE NO. CV 06-04587-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

    Pursuant to Local Rule 6-1, Plaintiff Melissa Burton and Defendants British

Airways Plc, Virgin Atlantic Airways Ltd., and United Air Lines, Inc. respectfully

request that this Court enter an order extending the time in which Defendants must

answer or otherwise respond to this matter until the later of (1) the date when the

Defendant would otherwise be required to file a response pursuant to Federal Rule of

-1-

Civil Procedure 12, or (2) 45 days after the JPML rules on a motion pending in *In re International Air Transportation Surcharge Antitrust Litigation* (MDL No. 1793) and a consolidated complaint is filed by all Plaintiffs in the single transferee Court and served on the Defendant.  Plaintiff Melissa Burton has consented to the requested extension.  In support of this stipulation, the parties state:

1.      The Complaint in this matter was filed on July 27, 2006.  It seeks relief under the Sherman Act and the Clayton Act against three defendants on behalf of a putative class.

2.      Nearly 88 similar actions have been filed in various jurisdictions around the country.

3.      There is a motion pending before the Judicial Panel on Multidistrict Litigation ("JPML") to consolidate and transfer actions like this one to a single venue.  The JPML is considering this motion to consolidate in a matter captioned *In re Passenger Air Transportation Surcharge Antitrust Litigation*, MDL No. 1793.

4.      The parties have agreed that this stipulation does not constitute a waiver of any defenses, including but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue.  The Defendants expressly reserve their right to raise all defenses in response to either the current complaint or any consolidated amended complaint that may subsequently be filed relating to this action.

THEREFORE, the parties request that this Court order that the time in which Defendants must answer or otherwise respond to this matter is the later of (1) the date when the Defendant would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion pending in *In re Passenger Air Transportation Surcharge Antitrust Litigation* (MDL No. 1793), and a consolidated complaint is filed by Plaintiffs in the single transferee Court and served on the Defendant.

-2-

Respectfully submitted,

Dated:  August 10, 2006          THE FURTH FIRM, LLP

                                 /s/_____
                                 Michael P. Lehmann (SBN 77152)
                                 Jon T. King (SBN 205073)
                                 225 Bush Street, 15th Floor
                                 San Francisco, CA  94104-4249
                                 T:  (415) 433-2070
                                 F:  (415) 982-2076

                                 *Attorneys for Plaintiff Melissa Burton*

Dated:  August 10, 2006          MAYER, BROWN, ROWE & MAW LLP

                                 /s/_____
                                 Edward D. Johnson (SBN 189475)
                                 Two Palo Alto Square, Suite. 300
                                 3000 El Camino Real
                                 Palo Alto, CA  94306
                                 T:  (650) 331-2000
                                 F:  (650) 331-4537

                                 Richard J. Favretto
                                 MAYER, BROWN, ROWE & MAW LLP
                                 1909 K Street, NW
                                 Washington, DC  20006

                                 *Attorneys for Defendant United Air Lines, Inc.*

-3-

Dated:  August 10, 2006          SULLIVAN & CROMWELL LLP


/s/_____
Brendan P. Cullen (SBN 194057)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA  94303
T:  (650) 461-5600
F:  (650) 461-5700

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, DC  20006
T:  (202) 956-7500
F:  (202) 293-6330

*Attorneys for Defendant British Airways Plc*

Dated:  August 10, 2006          SIMPSON THACHER & BARTLETT LLP


/s/_____
Charles E. Koob (SBN 47349)
Harrison J. Frahn (SBN 206822)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA  94304
T:  (650) 251-5000
F:  (650) 251-5002

*Attorneys for Defendant Virgin Atlantic
Airways Limited*

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby attests
that the signatories' concurrences in the filing of this document have been obtained.*

-4-

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated:

_____
Honorable Susan Illston

-5-

# PROOF OF SERVICE

I am employed in Santa Clara County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is Two Palo Alto Square, Suite 300,  Palo Alto, California  94306-2112.

On August 10, 2006, I served the foregoing document(s) described as

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

on each interested party, as follows:

☐      by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒      by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

☐      by placing the document(s) listed above in a sealed facsimile & U.S. Mail envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a facsimile & U.S. Mail agent for delivery.

☐      by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Michael P. Lehmann<br>Jon T. King<br>THE FURTH FIRM, LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA  94104-4249 | Brendan P. Cullen<br>SULLIVAN & CROMWELL LLP<br>1870 Embarcadero Road<br>Palo Alto, California  94303 |
| Charles E. Koob<br>SIMPSON THACHER &<br>BARTLETT LLP<br>2550 Hanover Street<br>Palo Alto, California  94304 | Daryl A. Libow<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, NW<br>Washington, DC  20006 |

1         I declare under penalty of perjury under the laws of the United States of

2    America that the above is true and correct.

3         Executed on August 10, 2006, at Palo Alto, California.

4                               /s/ _____

5                                Jessica F. Davis

-7-